STATE of Missouri,
Plaintiff/Respondent,

v.

Francis GARDNER,
Defendant/Appellant.

No. 58917.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 29, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Nov. 19, 1992.

Application to Transfer Denied
Dec. 18, 1992.

Emily N. Blood, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

In this jury-tried case, defendant was convicted of three counts of sexual abuse in the first degree, in violation of § 566.-100, RSMo Cum.Supp.1991.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).